UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

# ELECTRONIC FILING ORDER

The Court orders that the parties shall file all documents in this case electronically. The following requirements are imposed:

1. Counsel must comply with all applicable Federal Rules of Civil Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures that implement the District's CM/ECF system.

2. Documents filed electronically must be filed in OCR text searchable PDF format.

3. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

Civil Cases: All pleadings (including briefs and exhibits) supporting or opposing the following:

a. Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;
b. Dispositive motions (motions to dismiss or for summary judgment);
c. Requested jury instructions;
d. Compliance with Pretrial Orders;
e. Trial briefs, including proposed findings of fact and conclusions of law; and f. Any other filing requested by the court.

/s/ Kari A. Dooley
Kari A. Dooley
United States District Judge

Rev 9/17/18