# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**JERALD LENTINI,**

V.

## SUMMONS IN A CIVIL CASE

**DEPARTMENT OF HOMELAND SECURITY,**

CASE NUMBER: **3:26−CV−01965−KAD**

TO: **Department of Homeland Security**
Defendant's Address:

A lawsuit has been filed against you.

Within **60** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Kel McClanahan**
**National Security Counselors**
**1451 Rockville Pike, Suite 250**
**Rockville, MD 20852**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ − L Limberti**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2026−11−10 16:28:04**, Clerk USDC CTD

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*______________________________________
was received by me on *(date)* ______________________________.

☐ I personally served the summons on the individual at *(place)* ______________________________
__________________________________________ on *(date)* ________________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ___________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ___________________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____________
_________________________________________ on *(date)* ____________________ ; or

☐ I returned the summons unexecuted because __________________________________________
_____________________________________________________________________________ ; or

☐ Other *(specify)* __________________________________________________________________
_____________________________________________________________________________
_____________________________________________________________________________

My fees are $_______ for travel and $ ____________for services, for a total of $__________0.00

I declare under penalty of perjury that this information is true.

Date: ______________________

___________________________________
Servers signature

___________________________________
Printed name and title

___________________________________
Servers address

Additional information regarding attempted service, etc: